**EXHIBIT 2:** INFRINGEMENT# 1
URL: https://evtv.online/por-primera-vez-una-mujer-dirigira-la-policia-nueva-york/

